IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DERRICK L. SMITH,

                Plaintiff,

v.

                                                              ORDER

                                                             12-cv-741-wmc

ROBERT DICKMAN, *et al.*,

                Defendants.

Marathon County Jail inmate Derrick L. Smith filed a proposed civil action pursuant to 42 U.S.C. § 1983, lodging an assortment of claims against multiple defendants in connection with the conditions of his confinement. On November 22, 2013, the court issued an order striking that complaint and instructed Smith to submit an amended version containing a short and plain statement of single claim or claims permissibly joined in compliance with Fed. R. Civ. P. 8(a), 18(a) and 20(a). To date, Smith has not submitted an amended complaint and his deadline to do so has expired.

Smith was admonished that his failure to file an amended complaint would result in dismissal pursuant to Fed. R. Civ. P. 41(b). Because Smith has not complied as directed, this case will now be dismissed.

ORDER

IT IS ORDERED that this case is DISMISSED pursuant to Fed. R. Civ. P. 41(b).

Entered this 7th day of January, 2014.

                                      BY THE COURT:

                                      WILLIAM M. CONLEY
                                      District Judge