IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DERRICK L. SMITH,

        Plaintiff,                     JUDGMENT IN A CIVIL CASE

   v.                                     Case No. 12-cv-741-wmc

ROBERT DICKMAN, *et al.*,

        Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case pursuant to Fed. R. Civ. P. 41(b).

      /s/ E. Clark, Deputy Clerk            1/7/2014
       Peter Oppeneer, Clerk of Court           Date